UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

William E. Hart,  
       Debtor. /

Case No. 3:15-bk-02851-JAF

### TRUSTEE'S REPORT OF COMPLETION OF COMPROMISE

The Trustee, Robert Altman, files this Report of Compromise.

1. The Trustee filed a Motion to Approve Compromise of Controversy or Settlement (Docket No. 50) on August 11, 2016 to settle various claims of several parties, including the Trustee, Debtor, William M. Hart, Mary Jane Hart, Universal Can-Am, Ltd. and Kenworth of Jacksonville, Inc. Pursuant to the terms of the Compromise, the Debtor was to pay to the estate the sum of $10,000.00 to buy back the estate's interest in a 2008 Jeep Wrangler VIN: 1J8GB39118L608456. The Compromise further provided that Mary Jane Hart was to pay the estate $10,000.00 and turnover funds held in a USB account. The USB funds total $218,714.13 and represent an amount garnished by Universal Can-Am, Ltd, but which the Trustee's priority to the funds is greater. Lastly, the Trustee also received $3,500.40, representing additional funds held at Bank of America, garnished by Universal Can-Am, Ltd, but which the Trustee's priority to the funds is greater.

2. The compromise required payments totaling $242,264.53. The Trustee has received actual payments totaling $242,264.53.

3. Notice and opportunity for a hearing had previously been given (Docket No. 50).

4. If applicable, the Debtors may now contact their insurance company and have the Trustee removed as an additional loss payee.

Dated: January 12, 2017.

/S/ Robert Altman  
**Robert Altman, Trustee**  
**Florida Bar No. 346861**  
**P. O. Box 922**  
**Palatka, FL 32178-0922**  
**(386) 325-4691 / (386) 325-9765 Facsimile**

Copy furnished to:  
William E. Hart, Debtor  
Bradley R. Markey, Esquire, Attorney for Debtor