UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 3:15-BK-02851-JAF |
| | § | |
| WILLIAM E HART | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Robert Altman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $675,372.36 | Assets Exempt: | $311,303.05 |
| Total Distributions to Claimants: | $194,266.38 | Claims Discharged Without Payment: | $1,645,699.94 |
| Total Expenses of Administration: | $47,998.15 | | |

3)   Total gross receipts of $242,264.53 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $242,264.53 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $149,227.61 | $149,227.61 | $149,227.61 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $47,998.15 | $47,998.15 | $47,998.15 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $35,807.42 | $35,807.42 | $35,807.42 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $3,672,944.80 | $1,654,931.29 | $9,231.35 |
| **Total Disbursements** | $0.00 | $3,905,977.98 | $1,887,964.47 | $242,264.53 |

4). This case was originally filed under chapter 7 on 06/25/2015. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2017           By:  /s/ Robert Altman
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 Jeep Wrangler | 1129-000 | $10,000.00 |
| Bank of America Regular checking account | 1129-000 | $3,500.40 |
| Rolex Submariner watch, two Timex Ironman watches, Garmin watch, wedding ring and black band watch | 1129-000 | $50.00 |
| all possible litigation for transfers against Mary Jane Hart including the pending adversary 15-309 (USB funds plus paym | 1241-000 | $228,714.13 |
| **TOTAL GROSS RECEIPTS** | | **$242,264.53** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3a | Kenworth of Jacksonville, Inc. | 4220-000 | $0.00 | $37,306.90 | $37,306.90 | $37,306.90 |
| 6a | Universal Am-Can Ltd. | 4220-000 | $0.00 | $111,920.71 | $111,920.71 | $111,920.71 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$149,227.61** | **$149,227.61** | **$149,227.61** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert Altman, Trustee | 2100-000 | NA | $15,363.23 | $15,363.23 | $15,363.23 |
| Robert Altman, Trustee | 2200-000 | NA | $102.45 | $102.45 | $102.45 |
| Green Bank | 2600-000 | NA | $814.65 | $814.65 | $814.65 |
| Clerk, United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Eugene H. Johnson, Esq., Attorney for Trustee | 3210-000 | NA | $27,630.00 | $27,630.00 | $27,630.00 |
| Eugene H. Johnson, Esq., Attorney for Trustee | 3220-000 | NA | $206.32 | $206.32 | $206.32 |
| Steven Vanderwilt, CPA, Accountant for Trustee | 3410-000 | NA | $3,475.00 | $3,475.00 | $3,475.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Steven Vanderwilt, CPA, Accountant for Trustee | 3420-000 | NA | $52.50 | $52.50 | $52.50 |
| Fleming & Company, LLC, Auctioneer for Trustee | 3610-000 | NA | $4.00 | $4.00 | $4.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $47,998.15 | $47,998.15 | $47,998.15 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $35,807.42 | $35,807.42 | $35,807.42 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $35,807.42 | $35,807.42 | $35,807.42 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1A | Internal Revenue Service | 7400-000 | $0.00 | $526.14 | $0.00 | $0.00 |
| 2 | American Express Bank, FSB | 7100-000 | $0.00 | $4,504.69 | $4,504.69 | $25.12 |
| 3b | Kenworth of Jacksonville, Inc. | 7100-000 | $0.00 | $218,274.88 | $218,274.88 | $1,217.56 |
| 4 | William M. Hart | 7100-000 | $0.00 | $213,009.92 | $0.00 | $0.00 |
| 5 | Mary Jane Hart | 7100-000 | $0.00 | $260,405.02 | $0.00 | $0.00 |
| 6b | Universal Am-Can Ltd. | 7100-000 | $0.00 | $1,432,151.72 | $1,432,151.72 | $7,988.67 |
| 7 | Universal Am-Can, Ltd. | 7100-000 | $0.00 | $1,544,072.43 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,672,944.80 | $1,654,931.29 | $9,231.35 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-02851-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HART, WILLIAM E | Date Filed (f) or Converted (c): | 06/25/2015 (f) |
| For the Period Ending: | 7/5/2017 | §341(a) Meeting Date: | 07/31/2015 |
| | | Claims Bar Date: | 12/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Homestead property located at 950 Paradise Circle, Atlantic Beach, Florida | $355,782.00 | $0.00 | | $0.00 | FA |
| 2  service garage and property located at 944 N. Lane Ave., Jacksonville, Florida | $260,100.00 | $0.00 | OA | $0.00 | FA |
| 3  cash | $9,500.00 | $0.00 | | $0.00 | FA |
| 4  Bank of America Regular checking account | $3,500.40 | $3,500.40 | | $3,500.40 | FA |
| 5  The Jacksonville Bank personal checking account | $0.00 | $0.00 | | $0.00 | FA |
| 6  Merrill Lynch HSA account | $6,200.00 | $0.00 | | $0.00 | FA |
| 7  Atlantic Coast Bank checking account | $9.36 | $0.00 | | $0.00 | FA |
| 8  household goods and furnishings including, but not limited to, the items as described on the attached listing | $17,475.00 | $0.00 | | $0.00 | FA |
| 9  clothing, shoes, etc. | $250.00 | $0.00 | | $0.00 | FA |
| 10 Rolex Submariner watch, two Timex Ironman watches, Garmin watch, wedding ring and black band watch | $7,875.00 | $50.00 | | $50.00 | FA |
| 11 Road bike, mountain bike, and golf club set (2) | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 New York Life Insurance Company Term Policy | $0.00 | $0.00 | | $0.00 | FA |
| 13 T. Rowe Price Sec. 529 plan | $147,041.19 | $0.00 | | $0.00 | FA |
| 14 Merrill Lynch Bluejay Advisors LLC 401k | $92,494.19 | $0.00 | | $0.00 | FA |
| 15 New York Life Variable Annuity Roth IRA account | $26,157.87 | $0.00 | | $0.00 | FA |
| 16 New York Life Variable Annuity IRA account | $37,159.80 | $0.00 | | $0.00 | FA |
| 17 100% ownership interest in Hart Transportation, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 18 100% TBE ownership interest in Bluejay Advisors, LLC | Unknown | $0.00 | | $0.00 | FA |
| 19 rent monies currently being held by the Duval County Clerk's office in regards to the UACL matter (asset #2) | $30,123.00 | $0.00 | | $0.00 | FA |
| 20 2002 Jaguar X-Type Sedan | $1,883.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 15-02851-JAF | Trustee Name: | Robert Altman |
| Case Name: | HART, WILLIAM E | Date Filed (f) or Converted (c): | 06/25/2015 (f) |
| For the Period Ending: | 7/5/2017 | §341(a) Meeting Date: | 07/31/2015 |
| | | Claims Bar Date: | 12/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21  2008 Jeep Wrangler | $14,000.00 | $10,000.00 | | $10,000.00 | FA |
| 22  2006 PGO scooter | $1,000.00 | $0.00 | | $0.00 | FA |
| 23  golf cart | $500.00 | $0.00 | | $0.00 | FA |
| 24  all possible litigation for transfers against Mary Jane Hart including the pending adversary 15-309 (USB funds plus payment by Mrs. Hart) (u) | $0.00 | $228,714.13 | | $228,714.13 | FA |

**TOTALS (Excluding unknown value)**

| | $1,012,050.81 | $242,264.53 | | $242,264.53 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

1/7/2017: Received letter from IRS dated January 4, 2017 stating that they received the request for a prompt tax determination pursuant to 505b and that the return has been accepted as filed.

Order Granting Debtor's Consent Motion for Order Authorizing Trustee to Pay IRS Tax Claim signed January 5, 2017.

Withdrawal of Trustee's Objection to Debtor's Claim of Exemptions filed October 28, 2016.

10/19/2016: The amount received from the garnishment will be $150.00 short because of a $150 annual fee charged to account XX-XX923 on December 4, 2015 by the holding bank.

Order Granting Trustee's Motion to Approve Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am, Ltd, and Kenworth of Jacksonville, Inc. and Notice of Sale signed September 9, 2016.

Order Approving Application to Employ Steven Vanderwilt as Accountant signed September 1, 2016.

Trustee's Motion for Order Approving Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am Ltd., and Kenworth of Jacksonville, Inc. and Notice of Sale filed August 11, 2016. The debtor shall settle trustee's claim against him for $10,000.00 payable with 45 days. All actions against the debtor's parents shall be settled for $10,000.00 plus turover of the USB funds in the approximate amount of $218,864.13. The garnished funds held by Bank of America in the amount of $3,500.04 shall be turned over to the trustee. The funds shall be payable after administrative claims and the priority claim of the IRS, 25% to the Kenworth lien and 75% to the Universal lien.

Notice of Intent to Sell Property of the Estate at Public Auction filed May 4, 2016. The notice provides for the sale of the estate's equity interest in a Men's Rolex Submariner watch at Public Auction on May 28, 2016.

Order Approving Application to Employ Fleming & Company as Auctioneer for the Estate signed February 29, 2016.

Trustee's Amended Notice of Abandoment of Jacksonville real estate filed September 23, 2015 which does not include abandonment of rents.

Trustee's Notice of Abandonment of Jacksonville real estate filed September 15, 2015.

Complaint by Trustee against Kenworth of Jacksonville, Inc., Universal AM-Can, Ltd., William M. Hart, Mary Jane Hart to recover pre-petition transfer and determine the extent, priority and validity of liens filed September 14, 2015.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3  Exhibit 8

| Case No.: | 15-02851-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HART, WILLIAM E | Date Filed (f) or Converted (c): | 06/25/2015 (f) |
| For the Period Ending: | 7/5/2017 | §341(a) Meeting Date: | 07/31/2015 |
| | | Claims Bar Date: | 12/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Trustee's Objection to Debtor's Claim of Exemptions filed August 25, 2015 regarding all real and personal property.

Order Approving Application to Employ Eugene H. Johnson as Special Attorney for the Estate signed August 18, 2015.

| Initial Projected Date Of Final Report (TFR): | 06/15/2016 | Current Projected Date Of Final Report (TFR): | 02/15/2017 | /s/ ROBERT ALTMAN |
|---|---|---|---|---|
| | | | | ROBERT ALTMAN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-02851-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HART, WILLIAM E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9214 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/25/2015 | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 7/5/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2016 | (4) | The NOA Law Firm, N.A. | Order Granting Trustee's Motion to Approve Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am, Ltd, and Kenworth of Jacksonville, Inc. and | 1129-000 | $3,500.40 | | $3,500.40 |
| 10/27/2016 | (24) | UBS Financial Services, Inc. | Order Granting Trustee's Motion to Approve Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am, Ltd, and Kenworth of Jacksonville, Inc. and | 1241-000 | $12,098.05 | | $15,598.45 |
| 10/27/2016 | (24) | UBS Financial Services, Inc. | Order Granting Trustee's Motion to Approve Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am, Ltd, and Kenworth of Jacksonville, Inc. and | 1241-000 | $206,616.08 | | $222,214.53 |
| 10/29/2016 | (21) | Thames Markey & Heekin, P.A. | Trustee's Motion for Order Approving Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am Ltd., and Kenworth of Jacksonville, Inc. and Notice | 1129-000 | $10,000.00 | | $232,214.53 |
| 10/29/2016 | (24) | Thames Markey & Heekin, P.A. | Trustee's Motion for Order Approving Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am Ltd., and Kenworth of Jacksonville, Inc. and Notice | 1241-000 | $10,000.00 | | $242,214.53 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $46.26 | $242,168.27 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $378.18 | $241,790.09 |
| 12/14/2016 | (10) | Fleming & Company, LLC | Notice of Intent to Sell Property of the Estate at Public Auction filed May 4, 2016 | 1129-000 | $50.00 | | $241,840.09 |
| 12/20/2016 | 3001 | Fleming & Company, LLC | auctioneer's commission | 3610-000 | | $4.00 | $241,836.09 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $390.21 | $241,445.88 |
| 01/12/2017 | 3002 | Kenworth of Jacksonville, Inc. | Order Granting Trustee's Motion to Approve Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am, Ltd, and Kenworth of Jacksonville, Inc. and Notice of Sale signed September 9, 2016 | 4220-000 | | $37,306.90 | $204,138.98 |

                                                         **SUBTOTALS**    $242,264.53    $38,125.55

FORM 2

Page No: 2  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-02851-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HART, WILLIAM E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9214 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/25/2015 | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 7/5/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/12/2017 | 3003 | Universal Am-Can Ltd. | Order Granting Trustee's Motion to Approve Compromise of Claims by and between Trustee, William E. Hart, William M. Hart, Mary Jane Hart, Universal Can-Am, Ltd, and Kenworth of Jacksonville, Inc. and Notice of Sale signed September 9, 2016 | 4220-000 | | $111,920.71 | $92,218.27 |
| 01/12/2017 | 3004 | Internal Revenue Service | Order Granting Debtor's Consent Motion for Order Authorizing Trustee to Pay IRS Tax Claim signed January 5, 2017 | 5800-000 | | $35,807.42 | $56,410.85 |
| 04/17/2017 | 3005 | Steven Vanderwilt, CPA | Claim #: ; Amount Claimed: 52.50; Amount Allowed: 52.50; Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $52.50 | $56,358.35 |
| 04/17/2017 | 3006 | Steven Vanderwilt, CPA | Claim #: ; Amount Claimed: 3,475.00; Amount Allowed: 3,475.00; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $3,475.00 | $52,883.35 |
| 04/17/2017 | 3007 | Eugene H. Johnson, Esq. | Claim #: ; Amount Claimed: 206.32; Amount Allowed: 206.32; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $206.32 | $52,677.03 |
| 04/17/2017 | 3008 | Eugene H. Johnson, Esq. | Claim #: ; Amount Claimed: 27,630.00; Amount Allowed: 27,630.00; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $27,630.00 | $25,047.03 |
| 04/17/2017 | 3009 | Clerk, United States Bankruptcy Court | Claim #: ; Amount Claimed: 350.00; Amount Allowed: 350.00; Distribution Dividend: 100.00; Account Number: ; | 2700-000 | | $350.00 | $24,697.03 |
| 04/17/2017 | 3010 | Robert Altman | Trustee Compensation | 2100-000 | | $15,363.23 | $9,333.80 |
| 04/17/2017 | 3011 | Robert Altman | Trustee Expenses | 2200-000 | | $102.45 | $9,231.35 |
| 04/17/2017 | 3012 | American Express Bank, FSB | Claim #: 2; Amount Claimed: 4,504.69; Amount Allowed: 4,504.69; Distribution Dividend: 0.56; Account Number: ; | 7100-000 | | $25.12 | $9,206.23 |
| 04/17/2017 | 3013 | Kenworth of Jacksonville, Inc. | Claim #: 3; Amount Claimed: 218,274.88; Amount Allowed: 218,274.88; Distribution Dividend: 0.56; Account Number: ; | 7100-000 | | $1,217.56 | $7,988.67 |
| | | | **SUBTOTALS** | | $0.00 | $196,150.31 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-02851-JAF | | Trustee Name: | Robert Altman |
|---|---|---|---|---|
| Case Name: | HART, WILLIAM E | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9214 | | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/25/2015 | | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 7/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/17/2017 | 3014 | Universal Am-Can Ltd. | Claim #: 6; Amount Claimed: 1,432,151.72; Amount Allowed: 1,432,151.72; Distribution Dividend: 0.56; Account Number: ; | 7100-000 | | $7,988.67 | $0.00 |
| | | | TOTALS: | | $242,264.53 | $242,264.53 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $242,264.53 | $242,264.53 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $242,264.53 | $242,264.53 | |

**For the period of 6/25/2015 to 7/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $242,264.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $242,264.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $242,264.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $242,264.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/27/2016 to 7/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $242,264.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $242,264.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $242,264.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $242,264.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-02851-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | HART, WILLIAM E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9214 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/25/2015 | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 7/5/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $242,264.53 | $242,264.53 | $0.00 |

**For the period of 6/25/2015 to 7/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $242,264.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $242,264.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $242,264.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $242,264.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/25/2015 to 7/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $242,264.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $242,264.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $242,264.53 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $242,264.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT ALTMAN

ROBERT ALTMAN